IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STAFFORD INVESTMENTS LLC | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 04-3182 |
| | : | |
| ROBERT A. VITO | : | |

**ORDER**

And now this 14th day of May, 2009, Plaintiff's Motion for Judgment as a Matter of Law (Document 233) and Defendant's Motion for Judgment Notwithstanding the Verdict (Document 218) are DENIED.  Plaintiff's Motion for Costs (Document 234) and Defendant's Motion for Costs (Document 237) are DENIED; each side shall bear its own costs.  Defendant's Motion for Relief (Document 247) is GRANTED with the caveat that the permission to refrain from ordering a transcript cannot be assumed to apply to any appeal, should it occur.

BY THE COURT:

\s\ Juan R. Sánchez
Juan R. Sánchez                                    J.